IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ESMAEL RAJABI, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | §   CAUSE NO. EP-26-CV-130-KC |
| | § |
| PAM BONDI et al., | § |
| | § |
| Respondents. | § |

**ORDER**

On this day, the Court considered Esmael Rajabi's Petition for a Writ of Habeas Corpus, ECF No. 1.  On January 23, 2026, the Court ordered Respondents to show cause why the application for a writ of habeas corpus should not be granted by January 30, 2026.  Jan. 23, 2026, Order, ECF No. 2.  Respondents have now filed their Response, ECF No. 4.

The Court previously found that Rajabi likely met his burden of providing "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future." Jan. 23, 2026, Order 3.  Thus, Respondents had to "rebut this showing by either demonstrating that Rajabi's removal is likely in the reasonably foreseeable future or deporting him."  *Id.*

Respondents now state that they expect to effectuate Rajabi's removal to Iran once they receive travel documents from the Iranian government.  Resp. Ex. A ("Molina Decl.") ¶¶ 6–9, ECF No. 4-1.  And that they expect an update from the Iranian government "on the status of [Rajabi's] travel document request" by "the first week of February 2026."  *Id.* ¶ 10.  Thus, it appears that there will be updates in Rajabi's removal shortly.

Accordingly, Respondents are **ORDERED** to **FILE** a notice by **no later than February 11, 2026**, explaining, in detail, the remaining obstacles to Rajabi's removal and specify:

(1) The status of Rajabi's travel documents request with the Iranian government,

(2) If travel documents have issued, what is the anticipated timeline for Rajabi's removal from the United States, and

(3) If travel documents have not issued, what is the anticipated timeline for issuance of travel documents.

**SO ORDERED**.

**SIGNED** this 4th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE