**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ESMAEL RAJABI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-130-KC** |
| | § | |
| **PAM BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## **ORDER**

On this day, the Court considered the case. On February 4, 2026, the Court ordered Respondents to provide an update on the status of Rajabi's travel document request with the government of Iran. Feb. 4, 2026, Order 1–2, ECF No. 7.

Respondents now state that "Iran is working to verify citizenship of Iranian nationals nominated for removal" and that "Rajabi's case would be raised to a higher priority review level." Resp. Ex. A ("Molina Decl.") ¶ 7, ECF No. 10-1. On February 11, Respondents followed up on the status of the travel documents request, but the status remains pending. *Id.* ¶ 8. Lastly, although Respondents cannot provide an anticipated timeline for removal at this time, they will "follow[] up on the status of [Rajabi's] travel document every two weeks." *Id.* ¶ 10. Thus, it appears that Respondents are continuing their removal efforts.

Accordingly, Respondents are **ORDERED** to **FILE** a notice by **no later than March 12, 2026**, explaining, in detail, the remaining obstacles to Rajabi's removal and specify:

(1) The status of Rajabi's travel documents request with the Iranian government,

(2) If travel documents have issued, what is the anticipated timeline for Rajabi's removal from the United States, and

(3) If travel documents have not issued, what is the anticipated timeline for issuance of

travel documents.

**SO ORDERED**.

**SIGNED** this 13th day of February, 2026.

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE