IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ESMAEL RAJABI, | § |
| | § |
|   Petitioner, | § |
| | § |
| v. | §   CAUSE NO. EP-26-CV-130-KC |
| | § |
| PAM BONDI et al., | § |
| | § |
|   Respondents. | § |

## ORDER

On this day, the Court considered the case. On February 13, 2026, the Court ordered Respondents to provide an update on the status of Rajabi's travel document request with the Government of Iran and to specify the remaining obstacles to his removal. Feb. 13, 2026, Order 1–2, ECF No. 12.

Respondents state that no travel documents have been issued, and that the request "remains under review in Tehran." Mar. 12, 2026, Status Report Ex. A ("Salazar Decl.") ¶¶ 5–8, ECF No. 15-1. Previously, Respondents could not provide an anticipated timeline for removal but stated they would "follow[] up on the status of [Rajabi's] travel document every two weeks." Feb. 11, 2026, Status Report Ex. A ("Molina Decl.") ¶ 10, ECF No. 10-1. Now, Respondents state that "Iran was issuing travel documents in accordance with charter flight missions; however, missions have been paused due to recent airspace closure." Salazar Decl. ¶ 9. Rajabi has now been detained for over eight months. Pet. ¶ 19, ECF No. 1. Thus, it has become increasingly unclear if Respondents can remove Rajabi in the reasonably foreseeable future. Nevertheless, since Respondents have undertaken some additional efforts to remove Rajabi and

the duration of the airspace closure is uncertain, the Court finds it appropriate to order an additional status report.

Accordingly, Respondents are **ORDERED** to **FILE** a notice by **no later than March 27, 2026**, explaining, in detail, the remaining obstacles to Rajabi's removal and specifying:

(1) The status of Rajabi's travel documents request with the Iranian government,

(2) If travel documents have issued, the anticipated timeline for Rajabi's removal from the United States, and

(3) If travel documents have not issued, the anticipated timeline for issuance of travel documents, and

(4) Whether the airspace closure is still in effect, and if so, how the airspace closure affects the anticipated timeline for Rajabi's removal.

**SO ORDERED**.

**SIGNED this 13th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE