**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ESMAEL RAJABI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-130-KC** |
| | § | |
| **PAM BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.  On April 2, 2026, the Court granted in part Rajabi's Petition for Writ of Habeas Corpus and ordered Respondents to release him from custody under reasonable conditions of supervision, by April 8.  Apr. 2, 2026, Order 4, ECF No. 21.  By the same date, Respondents were to file a notice informing the Court of their compliance.  *Id.*  Respondents now inform the Court that Rajabi has been released under an Order of Supervision.  Advisory, ECF No. 23.

It appears that that no matters remain pending for the Court's consideration.  *See generally* Pet., ECF No. 1; Apr. 2, 2026, Order.  Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 9th day of April, 2026.**


_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE